# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

MOHAMMED ABDALLAH OMRAN, )
                                   )
        **PLAINTIFF**       )
                                   )
**v.**                             )     CIVIL NO. 1:15-cv-190-DBH
                                 )
**PHILIP BLEEZARDE, ET AL,** )
                                 )
       **DEFENDANTS**   )

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 14, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision and Order.  The time within which to file objections expired on August 31, 2015, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The plaintiff's motion to amend complaint is **GRANTED**.  The defendant Andrew Schulman's motion to dismiss is **GRANTED**.  The plaintiff's claim against the defendant Schulman is **DISMISSED**.

**SO ORDERED.**

**DATED THIS** 17th **DAY OF SEPTEMBER, 2015**

                                       **D. BROCK HORNBY**
                                       **UNITED STATES DISTRICT JUDGE**