UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| MOHAMMED ABDALLAH OMRAN, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:15-cv-190-DBH |
| | ) | |
| PHILIP BLEEZARDE, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On March 10, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on motions to dismiss and the plaintiff's motion to amend his complaint. The plaintiff filed an objection to the Recommended Decision on May 5, 2016. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The motions to dismiss of the defendants Frichittavong and Noronha are **GRANTED**. The plaintiff's motion to amend

complaint is **DENIED IN PART** as to amending the claim asserted against the defendants Frichittavong and Noronha, and is otherwise **GRANTED**.

**SO ORDERED.**

**DATED THIS 11TH DAY OF MAY, 2016**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**